UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
SEPTEMBER 6, 2023 SESSION

FILED
SEP - 7 2023
TORY PERRY, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:23-cr-00142
     21 U.S.C. § 841(a)(1)

KEITH DESHON ADAMS

### INDICTMENT

The Grand Jury Charges:

On or about September 27, 2022, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant KEITH DESHON ADAMS knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

WILLIAM S. THOMPSON
United States Attorney

By: _____
JUDSON C. MACCALLUM
Assistant United States Attorney