UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.   Criminal No. 2:23-cr-00142

**KEITH DESHON ADAMS**

**O R D E R**

On September 7, 2023, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion by the United States, it is **ORDERED** that a bench warrant be issued forthwith for the defendant. Law enforcement officers shall be authorized to take necessary and appropriate measures to effect the defendant's arrest.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

**ENTER:** September 7, 2023

Dwane L. Tinsley
United States Magistrate Judge